UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSCHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| IN RE: LEONARD S. LYLE d/b/a<br><br>NORTHSTAR CONSTRUCTION,<br><br>Debtor. | CHAPTER 7<br><br>DOCKET NO. 03-10446 WCH |
| ROBERT F. LUCAS, JR.<br>AND RACHEL F. LUCAS,<br>       Plaintiffs,<br><br>vs.<br><br>LEONARD S. LYLE d/b/a<br>NORTHSTAR CONSTRUCTION,<br>       Debtor. | 04cv12720 DPW<br><br>ADVERSARY PROCEEDING<br>NO. 03-01166 |

**NOTICE OF APPEAL**

In the above adversary proceeding, the plaintiffs Robert F. Lucas, Jr. and Rachel F. Lucas appeal from the Order of this Court finding for the defendant Leonard S. Lyle d/b/a Northstar Construction pursuant to 28 U.S.C. s.158(b).

The plaintiffs elect to have this Appeal heard by the Bankruptcy Panel for the First Circuit.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their attorneys are as follows:



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSCHUSETTS
(BOSTON DIVISION)

| | |
|---|---|
| IN RE: LEONARD S. LYLE d/b/a <br><br> NORTHSTAR CONSTRUCTION, <br><br> Debtor. | CHAPTER 7 <br><br> DOCKET NO. 03-10446 WCH |
| ROBERT F. LUCAS, JR. <br> AND RACHEL F. LUCAS, <br>     Plaintiffs, <br><br> vs. <br><br> LEONARD S. LYLE d/b/a <br> NORTHSTAR CONSTRUCTION, <br>     Debtor. | ADVERSARY PROCEEDING <br> NO. 03-01166 |

OCT 29'04 PM11:26 USB

### CERTIFICATE OF SERVICE

The undersigned, attorney for plaintiffs Robert F. Lucas, Jr. and Rachel F. Lucas in the above matter, hereby certifies that copies of the foregoing **Notice of Appeal** were served by mailing, postage prepaid, to the following:

Thomas J. Raftery, Esq.
P.O. Box 550
Carlisle, MA  01741-0550

Robert F. Lucas, Esq.
Nigro, Pettepit & Lucas LLP
649 Main Street
Wakefield MA  01880

this 28th day of October, 2004.

Richard M. Canzano
BBO # 072500
Blumsack & Canzano
36 Commerce Way
Woburn, MA  01801
781 935-3500
Fax 781-935-7887

Richard M. Canzano, Esq.
Counsel for the Plaintiffs
 Robert F. Lucas, Jr. and Rachel F. Lucas
Blumsack & Canzano
36 Commerce Way
Woburn, MA  01801
(781) 935-3500

Robert F. Lucas, Esq.
Counsel for the Plaintiffs
 Robert F. Lucas, Jr. and Rachel F. Lucas
Nigro, Pettepit & Lucas
649 Main Street
Wakefield, MA  01880
(781) 245-4545

Thomas J. Raftery, Esq.
Counsel for the Debtor
P.O. Box 550
Carlisle, MA  01741-0550
(978) 369 4404

By their attorneys,

_____
Richard M. Canzano
BBO# 072500
Blumsack & Canzano
36 Commerce Way
Woburn, MA  01801
(781) 935-3500

_____
Robert F. Lucas
BBO# 306740
Nigro, Pettepit & Lucas
649 Main Street
Wakefield, MA  01880
(781) 245-4545

Dated:  October 25, 2004

# Blumsack & Canzano

36 COMMERCE WAY
WOBURN, MASSACHUSETTS 01801
rmcanzano@aol.com

Richard M. Canzano
Charles E. Blumsack (1946-2000)

Telephone 781 935 3500
Facsimile   781 935 7887

OCT 29'04 AM 11:26 USB

October 28, 2004

Clerk's Office, U. S. Bankruptcy Court
1101 Boston Federal Office Building
10 Causeway Street
Boston, Ma 02222-1074

Re: **Chapter 7 Debtor Leonard S. Lyle d/b/a Northstar Construction
Docket No. 03-10446-WCH
Our File No. 3103.01**

Gentlemen:

Enclosed herewith please find for filing original NOTICE OF APPEAL and Certificate of Service . Kindly docket same.

Very truly yours,

Richard M. Canzano

RMC:lel

Enclosure

cc: All parties appearing on Certificate of Service

\\officeserver\k\wp\lucas, robert, jr\correspondence\court 5.doc