UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:  LEONARD S. LYLE

BANKRUPTCY APPEAL

CIVIL ACTION NO. 04-12720-DPW

## ORDER

WOODLOCK, D.J.

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on December 14, 2004,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before January 13, 2005 and the Appellee's brief shall be filed on or before January 28, 2005. The Appellant may file and serve a reply brief on or before February 7, 2005.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

December 29, 2004
_____
Date

By the Court,

_Catherine M. Gawlik_
Deputy Clerk

(bkcybro.wpd - 12/98)                                                                                   [bro.]