```
          UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS

IN RE: LEONARD S. LYLE           BANKRUPTCY APPEAL

                                 CIVIL ACTION NO. 04-12720-DPW


               CERTIFICATE OF SERVICE
```

      I, Thomas J. Raftery, hereby certify that on January 21, 2005, I served a paper copy of the Brief of the Defendant - Appelle, Leonard S. Lyle, upon the following by first class mail, postage prepaid:

Richard M. Canzano
Blumsack & Canzano
36 Commerce Way
Woburn, MA 01801

Robert F. Lucas
Nigro Pettepit & Lucas
649 Main
Wakefield, MA 01880

/s/Thomas J. Raftery