UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE LEONARD S. LYLE, | ) | |
|     Debtor. | ) | |
| _____ | ) | |
| | ) | |
| ROBERT F. LUCAS, and RACHEL F. LUCAS, | ) ) | CIVIL ACTION NO. 04-12720-DPW |
| | ) | |
|     Appellants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEONARD S. LYLE, | ) | |
| | ) | |
|     Appellee. | ) | |
| _____ | ) | |

## ORDER FOR REMAND

WOODLOCK, District Judge

    In accordance with the Court's Memorandum and Order entered March 8, 2005, it is hereby ORDERED that, the above captioned matter is REMANDED to the U.S. Bankruptcy Court for the District of Massachusetts.

    It is further ORDERED that the above captioned matter shall be terminated from the docket as pending in view of this Order for Remand.

                                                BY THE COURT,
                                                /s/ Michelle Rynne
                                                Deputy Clerk

DATED: March 8, 2005